**SAO**
CRAIG K. PERRY, Esq.
Nevada Bar No. 3786
**CRAIG PERRY & ASSOCIATES**
3450 W. Cheyenne Avenue, Ste. 400
North Las Vegas, NV 89032
Phone (702) 228-4777
Facsimile (702) 943-7520
cperry@craigperry.com
*Attorney for Defendant*
*ARZU SCHWARTZ*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 2:21-mj-540-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE TRIAL (FIRST REQUEST)** |
| ARZU SCHWARTZ, | |
| Defendant, | |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the current trial in the above-captioned case for an additional thirty (30) days.

1. Counsel agreed that the Defendant complete a psychiatric evaluation before proceeding in this case, however the Defendant's psychiatric evaluation with Dr. Porferia Montesclaros, M.D., D.O. a psychiatrist employed with the Veterans Affairs, will not take place until August 31, 2021.

2. The limited availability to be seen, in addition to other delays caused by the ongoing pandemic, has made it difficult for the parties to complete discovery.

1

3. Based on the fact that the mental evaluation is approximately one week before the trial, the parties agree it would not give adequate time before the September scheduled Trial time to review and evaluate their cases based on the recommendations and findings of the psychiatric evaluation of the Defendant.

4. Due to the complexity of the global outbreak of the Coronavirus Disease 2019 (COVID-19) that continues to impact the ability of the parties to meet the current trial deadline and complete discovery, has led the parties to seek the extension of thirty (30) additional days.

5. For the sake of the health and safety of the parties, attorneys and their families, counsel believe and agree it is necessary to move the current Trial approximately thirty (30) days to accommodate the evaluation and conduct discovery relevant to the parties' claims and defenses as necessary.

6. This is the first request to continue Trial and good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

Dated this 17th day of August, 2021               Dated this 17th day of August, 2021

**UNITED STATES ATTORNEY**                        **CRAIG PERRY & ASSOCIATES**

 /s/ Rachel Kent                                   
RACHEL KENT, ESQ.                                 CRAIG K. PERRY, ESQ..
Nevada Bar No. 11795                              Nevada Bar No. 3786
501 Las Vegas Boulevard South, Suite 1100         3450 W. Cheyenne Avenue, Ste. 400
Las Vegas, Nevada 89101                           North Las Vegas, NV 89032
*Attorney for Plaintiff United States*            *Attorney for Defendant Arzu Schwartz*

///

///

///

///

*United States of America v. Schwartz*
*2:21-mj-540-BNW*
*Stipulation and Order to*
*Continue Trial*

### ORDER

This matter having been stipulated to by the parties, through their respective counsel, and the court being otherwise duly advised;

**IT IS HEREBY ORDERED** that the current September trial will be vacated and reset by the court in accordance with this stipulation. **The trial is continued to October 6, 2021 at 9:00 a.m.**

**IT IS SO ORDERED**

**DATED:** 3:06 pm, August 20, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3